**Order entered January 2, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01334-CV

### IN THE INTEREST OF J.M.G.G., A CHILD

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-18-00579-X**

## ORDER

Before the Court are Mother's and Father's December 30, 2019 motions for extensions of time to file their briefs.

We **GRANT** Father's motion and **ORDER** his brief due by **January 9, 2020**.

We **GRANT** Mother's motion and **ORDER** her brief due no later than **January 21, 2020**.

/s/    KEN MOLBERG
        JUSTICE